**LOCKE LORD BISSELL & LIDDELL LLP**
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200

Attorneys for Defendant
American Home Mortgage Servicing, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA/SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY SMITH, individually and on behalf of the General Public of the State of California, BETTY SMITH, individually and on behalf of the General Public of the State of California,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERIQUEST MORTGAGE COMPANY, a corporation; KONDAUR CAPITAL CORPORATION, a corporation; PAUL LAVANCHA II, an individual; AMERICAN HOME MORTGAGE SERVICING, INC., a corporation; FANNIE MAE, a business entity of unknown type and DOES 1 to 50,<br><br>Defendants. | Case No. 2:10-cv-01243-FCD-GGH<br><br>**ORDER GRANTING DEFENDANT AMERICAN HOME MORTGAGE SERVICING, INC.'S EX PARTE APPLICATION TO SET A DATE CERTAIN TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>[Filed Concurrently with Ex Parte Application and Declaration of Nina Huerta] |

The Court having considered Defendant American Home Mortgage Servicing, Inc.'s ("Defendant") Application to Set a Date Certain to Respond to Plaintiffs Gregory Smith and Betty Smith's Complaint, hereby GRANTS the Application and ORDERS that Defendant's time to respond to Plaintiffs' Complaint is hereby set as July 19, 2010.

IT IS SO ORDERED.

Dated: July 6, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE