UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GREGORY SMITH and BETTY SMITH, | NO. CIV. S-10-1243 FCD GGH |
| Plaintiffs, | |
| v. | ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS |
| AMERIQUEST MORTGAGE COMPANY, et al., | |
| Defendants. | |

----oo0oo----

1. The hearing on Defendant Ameriquest Mortgage Company's Motion to Dismiss (Docket #11), Defendant Kondaur Capital Corporation's Motion to Dismiss and Strike (Docket #15), and Defendant American Home Mortgage Servicing, Inc.'s Motion to Dismiss and Strike (Docket #17), is continued to September 24, 2010, at 10:00 a.m.  Plaintiffs shall file and serve their opposition briefs or notices of non-opposition no later than September 10, 2010.  Defendants may file and serve their replies on or before September 17, 2010.

    2.    Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 230(c).

    3.    Plaintiffs' counsel shall file his response to the order to show cause on or before September 10, 2010.

    4.    A hearing on the order to show cause, if necessary, will follow the hearing on the motions.

    IT IS SO ORDERED.

DATED: August 30, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE