Nina Huerta (SBN 229070)
Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:   (213) 485-1500
Facsimile:    (213) 485-1200

Attorneys for Defendant
AMERICAN HOME MORTGAGE SERVICING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY SMITH, individually and on behalf of the General Public of the State of California, BETTY SMITH, individually and on behalf of the General Public of the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY, a corporation; KONDAUR CAPITAL CORPORATION, a corporation; AMERICAN MORTGAGE SERVICING, INC., a corporation; FANNIE MAE, a business entity of unknown type, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:10-CV-01243-FCD-GGH<br><br>Honorable Frank C. Damrell, Jr.<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT**<br><br>[Filed Concurrently with Stipulation To Continue Deadline To File Joint Status Report] |

The Court having considered Plaintiffs Gregory and Betty Smith ("Plaintiffs") and Defendants American Home Mortgage Servicing, Inc. ("AHMSI"), Kondaur Capital Corporation ("Kondaur"), Ameriquest Mortgage Company ("Ameriquest"), and Fannie Mae ("Fannie Mae") (collectively, the "Defendants") Stipulation To Continue Deadline To File Joint Status Report (the "Stipulation"), hereby GRANTS the Stipulation and ORDERS that the deadline for Plaintiffs and

/ / /

1

ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT
*Smith, et al. v. Ameriquest Mortgage Co., et al.*, Case No. 2:10-CV-01243-FCD-GGH

Defendants to confer and submit the Joint Status Report shall be continued to thirty (30) days after all defendants have answered the operative complaint.

IT IS SO ORDERED.

Dated:  September 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE