UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GREGORY SMITH, and
BETTY SMITH,

      Plaintiffs,

  v.

AMERIQUEST MORTGAGE COMPANY,
et. al.,

      Defendants.

NO. CIV. S-10-1243 FCD GGH

<u>ORDER FOR SANCTIONS AND
FURTHER ORDER TO SHOW CAUSE</u>

----oo0oo----

    On August 30, 2010, plaintiffs' counsel, Mr. Piotr Gabriel Reysner, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motions to dismiss in compliance with Local Rule 230(c). The court ordered counsel to file his response to the Order to Show Cause on or before September 10, 2010. As of today's date, a response has not been filed, and therefore, the court makes the following orders:

///

1.   Plaintiffs' counsel, Mr. Piotr Gabriel Reysner, is ordered to pay sanctions in the amount of **$150.00** for his failure to file a response to the Order to Show Cause filed on August 30, 2010.  Payment should be in the form of a check made payable to the Clerk of the Court.  The sum is to be paid personally by plaintiffs' counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

2.   Plaintiffs' counsel is further ordered to show cause why he should not be sanctioned an additional **$300.00** for his failure to respond to legal deadlines and the court's orders, and why plaintiffs' case should not be dismissed for failure to prosecute. Counsel shall file his response to this Order to Show Cause on or before October 8, 2010.

3.   The hearing on defendants' Motions to Dismiss (Docket Nos. 11, 15 and 17) currently set for September 24, 2010 is VACATED and RESET for October 22, 2010 at 10:00 a.m. in Courtroom #2.

IT IS SO ORDERED.

DATED: September 13, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2